# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 13-11355
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

August 21, 2014

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff - Appellee

v.

JACOB ANICETO JOSE VILLARREAL, also known as Jacob Villarreal,

Defendant - Appellant

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 6:13-CR-48-1

Before SMITH, BARKSDALE, and PRADO, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Jacob Aniceto Jose Villarreal has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Villarreal has not filed a response. Having reviewed counsel's brief and the relevant portions of the record, we concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.

---

[*] Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.

No. 13-11355

Therefore, counsel is excused from further responsibilities herein.     *See* 5th Cir. R. 42.2.

Motion GRANTED; appeal DISMISSED.